Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: drundlof@foley.com
*Attorneys for Defendant Morgan Keegan & Co., Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950<br><br>Master Docket No. 08-02516 (VM) (JCF) |
| THIS DOCUMENT RELATES TO:<br><br>In Re Municipal Derivatives Antitrust Litigation (08-md-01950);<br><br>Haywood County, Tennessee v. Bank of America, N.A., et al. (08-cv-03002);<br><br>Fairfax County, Virginia v. Packerkiss Securities, Inc., et al. (08-cv-05492);<br><br>City of Oakland, California v. AIG Financial Product Corp., et al. (08-cv-06340);<br><br>Washington County, Tennessee v. Bank of America, N.A., et al. (08-cv-06304);<br><br>Mayor and City Counsel of Baltimore v. Wachovia Bank N.A., et al. (08-cv-06142);<br><br>Central Buck School District v. Wachovia Bank, NA, et al. (08-cv-06342) | (ECF CASE)<br><br>**<u>NOTICE OF APPEARANCE</u>** |

   PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant MORGAN KEEGAN & CO., INC. in the above-captioned action.  Please adjust your

records accordingly and serve copies of all future pleadings, court papers and correspondence to the address provided below:

>Dana C. Rundlöf (DR 1431)
>FOLEY & LARDNER LLP
>90 Park Avenue
>New York, New York 10016
>Tel: (212) 682-7474
>Fax: (212) 687-2329
>Email: drundlof@foley.com

Dated: August 21, 2008
New York, New York

>/s/ Dana C. Rundlöf
>Dana C. Rundlöf (DR 1431)
>FOLEY & LARDNER LLP
>90 Park Avenue
>New York, New York 10016
>Tel: (212) 682-7474
>Fax: (212) 687-2329
>Email: drundlof@foley.com
>*Attorneys for Defendant Morgan Keegan & Co., Inc.*

2

## CERTIFICATION OF SERVICE

I, Dana C. Rundlöf, an attorney with Foley & Lardner LLP, hereby certify that on this August 21, 2008, I caused the foregoing **Notice of Appearance for Dana C. Rundlöf** to be electronically filed with the United States District Court for the Southern District of New York.

The document was served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Dana C. Rundlöf\_\_\_\_\_
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: drundlof@foley.com